THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00187-MR

| | |
|---|---|
| EMILY LOUISE IRIZARRY, ) ) Plaintiff, ) ) vs. ) ) ANDREW SAUL, ) Commissioner of Social Security, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 10].

For the reasons in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 10] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: March 29, 2021

Martin Reidinger
Chief United States District Judge